UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MORA, individually and as successor in interest to Erick Mora; LUIS MORA, individually and as successor in interest to Erick Mora,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF GARDEN GROVE, a municipality; SERGEANT BRIAN DALTON, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 8:19-cv-00418 JLS (JDEx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41** |

GOOD CAUSE APPEARING, and in accordance with the parties' Joint Stipulation for Dismissal Pursuant to Federal Rules of Civil Procedure Rule 41, the above-entitled action (Case No. 8:19-cv-00418 JLS (JDEx)) is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED**.

DATED: July 31, 2020

　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　JUDGE